[Docket Nos. 10, 11]

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| SUZANNE SHORTER,<br><br>      Plaintiff,<br><br>  v.<br><br>NJ DIVISION OF PENSION & BENEFITS,<br><br>      Defendant. | Civil No. 22-2062 (RMB/AMD)<br><br>**ORDER** |

**BUMB**, Chief District Judge

  This matter comes before the Court upon Plaintiff Suzanne Shorter's ("Plaintiff's") Motion for Default Judgment [Docket No. 10] and Defendant the New Jersey Division of Pension & Benefits' ("Defendant's") Cross Motion to Dismiss Plaintiff's Complaint In Lieu of an Answer and to Vacate Any Default [Docket No. 11]. For the reasons set forth in the accompanying Opinion of today's date, and for good cause show,

  **IT IS** on this **6th** day of **April 2023**, hereby

  **ORDERED** that Plaintiff's Motion for Default Judgment [Docket No. 10] is **DENIED**; and it is further

  **ORDERED** that Defendant's Motion to Dismiss Complaint [Docket No. 11] is **GRANTED**; and it further

**ORDERED** that Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that this matter be marked **CLOSED**; and it is further

**ORDERED** that the Clerk of Court mail a copy of this Order and accompanying Opinion to Plaintiff via regular U.S. mail at the address as listed on the docket.

s/Renée Marie Bumb
Renée Marie Bumb
Chief District Judge
